**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

DESTIN ODELL FOWLER                                                                                          PLAINTIFF

v.                                                            No. 5:12CV00424 JLH

CAROLYN COLVIN, Acting Commissioner,
Social Security Administration                                                                              DEFENDANT

<u>**JUDGMENT**</u>

Pursuant to the Opinion and Order entered separately today, the final decision of the

Commissioner of the Social Security Administration denying Destin Odell Fowler's application for

disability income benefits is AFFIRMED.  Judgment is entered in favor of the Commissioner.  This

action is dismissed with prejudice.

IT IS SO ORDERED this 19th day of February, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE