IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DESTIN ODELL FOWLER                                                                                PLAINTIFF

v.                                         No. 5:12CV00424 JLH

CAROLYN COLVIN, Acting Commissioner,
Social Security Administration                                                                     DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the final decision of the Commissioner of the Social Security Administration denying Destin Odell Fowler's application for disability income benefits is AFFIRMED. Judgment is entered in favor of the Commissioner. This action is dismissed with prejudice.

IT IS SO ORDERED this 19th day of February, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE